Richard E. Crawforth
Chapter 7 Bankruptcy Trustee
2404 Bank Drive, Suite 312
Boise, ID 83705
(208) 424-8188 phone   (208) 344-0785 fax

U.S. COURTS

01 NOV 19 PM 4:32

RECD.
CAMERON S. BURKE
CLERK                IDAHO

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | CHAPTER 7 |
| :--- | :---: | :--- |
| RANDALL'S QUALITY WOODWORKS, INC | ) ) ) | CASE NO. 00-01442 |
| | ) ) ) | TURNOVER OF FUNDS TO THE CLERK |
| Debtor(s) | ) | |

The Court having ordered distribution o the assets of the above entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U.A. Bankruptcy court the following funds for the reason stated below:

1. The following represents funds paid the Court pursuant to Bankruptcy Rule 3010.

| Creditor | Claims | Amount Not Disbursed |
| :--- | :--- | :--- |
| | | |

Total: $

2. The following funds represent disbursements to creditors which were not claimed within 90 days and a re therefore paid to the Court pursuant to 11 U.S.C. § 347 (a)

| Creditor | Check No | Dated | Amount |
| :--- | :--- | :--- | :--- |
| David Arduza | 110 | 10/9/01 | $1,804.98 |

Total: $1,804.98

TOTAL AMOUNT REMITTED: $1,804.98

DATED: 11/15/01

_____
Richard E. Crawforth
Trustee

TDR Turnover of Funds 00-01442